ACCEPTED
06-14-00221-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2015 2:58:01 PM
DEBBIE AUTREY
CLERK

CASE NO. 06-14-00221-CR

In The

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2015 2:58:01 PM
DEBBIE AUTREY
Clerk

---

BRIAN EUGENE WOODARD, Appellant

VS.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th Judicial District Court
of Hunt County, Texas
Trial Court Cause No. 29,390
Honorable Richard A. Beacom, Jr. Judge Presiding

---

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

---

NOBLE DAN WALKER, JR.
District Attorney, in and for
Hunt County, Texas

KELI M. AIKEN
Assistant District Attorney
State Bar Number - 24043442
P.O. Box 441
4th Floor, Hunt County Courthouse
Greenville, Texas 75401
Telephone Number - (903) 408-4180
Facsimile Number - (903) 408-4296
kaiken@huntcounty.net

## MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

Comes now, The State of Texas, and files this, her Motion for Extension of Time to File State's Brief.

I.

The current filing deadline for the State's brief was June 25, 2015.

II.

The State requests a two week extension to file her brief, that is, until July 10, 2015.

III.

The State requests an extension because the case was previously tried and assigned to a prosecutor who is no longer with our office. We discovered today that the brief was due last Thursday and we will need a few days to get the record from the court reporter, review the file and brief and prepare a response. It is our plan to start working on the appeal immediately and file it as soon as we can get it finished.

IV.

The State has made no previous requests for extensions to file her brief.

V.

We attempted to contact Mr. Perry, Appellant's counsel and left a

message for him but were unable to conference with him prior to the filing of this motion.

VI.

For the reasons stated hereinabove, it is respectfully requested that this Court grant the State of Texas until July 10, 2015, to file her brief.

Respectfully submitted,

**/s/ Keli M. Aiken**
Keli M. Aiken
First Assistant District Attorney
Hunt County, Texas
P.O. Box 441
Greenville, Texas 75403-0441
Phone: 903/408-4180
Fax: 903/408-4296
kaiken@huntcounty.net

## CERTIFICATE OF CONFERENCE

I certify that I attempted to reach Mr. Perry today, June 29, 2015 on his office number and also on his cell number. I left him a message on his cell and stated the reason for my call as well as my return office and cell numbers.


__/s/ Keli M. Aiken__
Keli M. Aiken


## CERTIFICATE OF SERVICE

This is to certify that a true copy of this Motion to Extend Time to File State's Brief has been faxed to Mr. Perry at 903/886-2043.


__/s/ Keli M. Aiken__
Keli M. Aiken